UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT DOUGLAS COLE, | No. 2:15-cv-1062 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, | |
| Defendant. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On May 22, 2015, the undersigned granted plaintiff thirty days to either pay the filing fee or file an application to proceed in forma pauperis.

On July 2, 2015, plaintiff filed a motion requesting that the court waive the filing fee. (ECF No. 6.) Plaintiff alleges, in part, that he has been unable to obtain assistance from jail officials in filling out his in forma pauperis application.

The court is not authorized to waive the filing fee or the filing of the application to proceed in forma pauperis. Accordingly, plaintiff's motion to waive the filing fee is denied. Plaintiff is granted an additional thirty days to either pay the filing fee or file an in forma pauperis application. If jail officials refuse to fill out the application, plaintiff shall notify the court. The notification shall describe plaintiff's attempts to obtain the completed application, including when and to whom the request was made.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for waiver of fees (ECF No. 6) is denied;

2. Plaintiff is granted thirty days from the date of this order to submit either the filing fee or an application to proceed in forma pauperis; if plaintiff is unable to obtain a completed application within that time, within that time he shall file a declaration describing his attempts to obtain the application;

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  July 21, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cole1062.3d