UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT DOUGLAS COLE, | No. 2:15-cv-1062 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff consented to the jurisdiction of the undersigned.  (ECF No. 5.)

By an order filed July 22, 2015, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days.  (ECF No. 7.)  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  August 31, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cole1062.fifp

1